IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| | ) |
| TVC OPUS 1 DRILLING PROGRAM, L.P., | ) Case No. 12-12294 (MFW) |
| | ) |
| Debtor. | ) |

Obj. Deadline: May 29, 2013 at 4:00 p.m.
Hearing Date: June 5, 2013 at 2:00 p.m.

## APPLICATION OF CHAPTER 7 INTERIM TRUSTEE TO RETAIN COOCH AND TAYLOR, P.A. AS GENERAL COUNSEL *NUNC PRO TUNC* TO MARCH 25, 2013

Jeoffrey L. Burtch, Chapter 7 trustee for the bankruptcy estate (the "Estate") of TVC Opus 1 Drilling Program, L.P. (the "Debtor"), moves to retain Cooch and Taylor, P.A. as general counsel *nunc pro tunc* to March 25, 2013 (the "Application"), and in support of this Application respectfully represents that:

### JURISDICTION

1. This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

2. On August 7, 2012 (the "Petition Date"), the Debtor and Tri-Valley Corporation (collectively, the "Debtors") filed with the Court a voluntary petition under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). That same day, the Debtors filed multiple motions (the "First Day Motions"), one of which sought an order directing the joint administration of the Debtors' estates. D.I. 4.[1]

---

1 Docket references refer to the jointly administered Chapter 11 docket in lead case 12-12291-MFW, unless otherwise indicated.

23. On August 9, 2012, the Court entered an order (the "Joint Administration Order") pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (each, a "Bankruptcy Rule") and the Court's Local Rule of Bankruptcy Practice and Procedures ("Local Rule") 1015-1, directing the joint administration of the Debtors' Chapter 11 cases and providing that all pleadings, other papers and any further docket entries be docketed under Case No. 12-12291-MFW. D.I. 32.

4. The Joint Administration Order expressly provides that "Nothing contained in . . . this Order shall be deemed or construed as directing or otherwise [e]ffecting a substantive consolidation of the Debtors' Chapter 11 cases." D.I. 32 at ¶10.

5. Following the sale of the Debtors' respective assets, Opus' Official Committee of Equity Security Holders filed the Emergency Motion for Entry of An Order Immediately Converting Cases to Chapter 7, D.I. 637, seeking to convert the Debtors' cases to cases under Chapter 7 of the Bankruptcy Code. On March 25, 2013, the Court entered an order (the "Conversion Order") converting each of the Debtors' cases to cases under Chapter 7. D.I. 692.

6. Because the Opus estate is adverse to the estates of the other Debtors, separate Chapter 7 trustees were appointed following the entry of the Conversion Order. Both the Opus Trustee and the Chapter 7 trustee for the remaining Debtors (the "TVC Trustee")[2] currently serve as interim trustees, pursuant to Section 701 of the Bankruptcy Code.

7. The Bankruptcy Code Section 341 Meeting of Creditors for the Chapter 7 estate of Opus is currently scheduled for May 29, 2013. Accordingly, the Opus Trustee will serve in an interim capacity until at least that date.[3]

---

2 The TVC Trustee is Charles M. Stanziale, Jr.
3 The 341 Meeting for the remaining Debtors is scheduled for May 22, 2013. The TVC Trustee will similarly serve in an interim capacity until that date.

**RELIEF REQUESTED**

8. The Trustee seeks to retain the law firm of Cooch and Taylor, P.A. ("C&T") as legal counsel to represent him in this case. The normal hourly rates for professionals at C&T who will be utilized are set forth herein:

   a. $250.00 to $590.00 for attorneys

   b. $180.00 to $250.00 for paraprofessionals

C&T will seek compensation based upon its normal hourly rates. The hourly rates stated are C&T's standard hourly rates for work of this nature, and are subject to periodic adjustment on September 1, 2013.

9. The hourly rates listed above reflect C&T's standard hourly rates for work of this nature. These rates are set at a level designed to fairly compensate C&T for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. It is C&T's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying and imaging charges provided by C&T to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead such as secretarial and other overtime. C&T will charge the Trustee for these expenses in a manner and at rates consistent with charges made generally to C&T's other clients, and subject to any limitations imposed by the Local Rules and Orders of this Court. C&T believes it is more appropriate to

charge these expenses to the clients incurring them than increase the hourly rates and spread the expenses among all clients.

10. There have been many time sensitive and pressing matters requiring the immediate attention of the Trustee, including but not limited to: identifying and complying with any applicable deadlines, and otherwise stabilizing this case in connection with the long term administration of the Estate. In connection with these time sensitive matters, the Trustee has required the advice of legal counsel.

11. To the best of the Trustee's knowledge, C&T has no interest adverse to the Debtor or the Estate in any of the matters upon which it is to be engaged, and its employment will be in the best interest of the Estate.

WHEREFORE, the Trustee requests that the Court enter the attached form of order employing C&T as general counsel *nunc pro tunc* to March 25, 2013.

Dated: May 8, 2013                                          /s/ Jeoffrey L. Burtch
                                                                         Jeoffrey L. Burtch, Esquire
                                                                         Chapter 7 Panel Trustee
                                                                         P. O. Box 549
                                                                         Wilmington, DE  19899-0549
                                                                         (302) 984-3800