**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| TVC OPUS 1 DRILLING PROGRAM, L.P., ) | |
| ) | Case No. 12-12294 (MFW) |
| ) | |
| Debtor. ) | |
| | **Obj. deadline: November 6, 2013 at 4:00 p.m.** |
| | **Hearing date: November 13, 2013 at 2:00 p.m.** |

**FIRST INTERIM FEE APPLICATION
OF COOCH AND TAYLOR, P.A. FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE
FOR THE PERIOD FROM MARCH 25, 2013 THROUGH SEPTEMBER 30, 2013**

Cooch and Taylor, P.A., ("C&T") counsel to the duly appointed Chapter 7 trustee, hereby submits this First Interim Fee Application for Compensation and Reimbursement of Expenses (the "Application") during the time period commencing March 25, 2013 through September 30, 2013 (the "First Interim Period"). In support of this Application, C&T respectfully represents as follows:

**JURISDICTION**

1.  This Court has jurisdiction over the Application under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding under the meaning of 28 U.S.C. §157 (b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409.

2.  The statutory bases for the relief requested herein are 11 U.S.C. §§105 (a), 330 and 331.

## BACKGROUND

3. On August 7, 2012 (the "Petition Date"), the captioned debtor ("TVC Opus") and Tri-Valley Corporation (collectively, the "Debtors") filed with the Court their voluntary petitions under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

4. Following the sale of the Debtors' respective assets, the Official Committee of Equity Security Holders of TVC Opus filed the Emergency Motion for Entry of An Order Immediately Converting Cases to Chapter 7, D.I. 637, seeking to convert the Debtors' cases to cases under Chapter 7 of the Bankruptcy Code. On March 25, 2013, the Court entered an order (the "Conversion Order") converting each of the Debtors' cases to cases under Chapter 7. D.I. 692.

5. Due to certain conflicts of interest between the Debtors, separate trustees were appointed for the Debtors' respective Chapter 7 estates. Jeoffrey L. Burtch was appointed as interim trustee of the Chapter 7 estate of TVC Opus on March 26, 2013, pursuant to Section 701 of the Bankruptcy Code. Mr. Burtch currently serves as the trustee (hereinafter, "Trustee") for this case pursuant to 11 U.S.C. § 702(d).

6. C&T is employed to represent the Trustee, *nunc pro tunc* to March 25, 2013 [Docket No. 20].

## LEGAL SERVICES

7. C&T has rendered legal services on behalf of the Trustee for the period March 25, 2013 through September 30, 2013, totaling 100.30 hours, correlating to $42,079.50 in requested compensation.

8. C&T maintains contemporaneous records of the time expended for the professional services rendered, and the costs and expenses incurred in connection with this

Chapter 7 case, and such records are maintained in the ordinary course of its business. These records provide a detailed description of the services rendered and costs and expenses incurred during the period for which this Application is being made. C&T has reviewed the information requirements of Local Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, and believes that this Application complies with that Rule. In particular, the information required by Local Rule 2016-2 Sections (c) (i), (c) (ii), and (e)(i) are included as part of this application in attached cover sheets. C&T's time records and activity descriptions for the legal services are in the sums of $42,079.50 attached as <u>Exhibit A</u>. Compensation by Project Category of Local Form 102 is part of this Application and contains project summaries of the time detail.

9. From time to time, time entries are written off in whole or in part. In this event, the activity description, if it appears in the time detail, is followed by the notation "(nc)." Each professional and paraprofessional at C&T has an internal and separate timekeeper number. The time activities for each date are listed by timekeeper, and in a sequence that relates to the timekeeper number, lowest to highest.

## **DESCRIPTION OF SERVICES**

10. During the First Interim Period, C&T has been engaged in multiple activities on behalf of the Trustee, and has continued to advise and assist the Trustee on numerous matters in the following categories.

    (a)    <u>Asset Analysis and Recovery (Project Category 1)</u>

During the First Interim Period, C&T advised and assisted the Trustee by analyzing debtor records and pleadings filed in the debtor's Chapter 11 case to identify assets available for possible recovery; by issuing a subpoena to the debtor's bank to recover records

useful to the asset recovery process; and by coordinating with the Trustee's Special Counsel (Cozen O'Connor) on asset recovery issues.

   (b)  <u>Asset Disposition (Project Category 2)</u>

   During the First Interim Period, C&T also advised and assisted the Trustee by analyzing sale and asset disposition motions filed by a related debtor (Tri-Valley Corp.) and by beginning analysis of issues related to the possible abandonment of certain property that remained unsold following the Chapter 11 sale process.

   (c)  <u>Case Administration (Project Category 4)</u>

   During the First Interim Period, C&T advised and assisted the Trustee with case administration matters by preparing hearing agendas and representing the Trustee at hearings; by negotiating with administrative vendors on record storage issues; by generating status reports at intervals requested by the Trustee; and by responding to interested parties on the service of pleadings.

   (d)  <u>Claims Administration (Category 5)</u>

   During the First Interim Period, C&T also advised and assisted the Trustee in responding to inquiries from creditors and by analyzing an administrative claim motion filed by the Independent Director appointed in the Chapter 11 proceedings.

   (e)  <u>Employment and Fee Applications (Category 7)</u>

   During the First Interim Period, C&T prepared the Trustee's Application to Retain C&T as general counsel, and reviewed *pro forma* billing statements in preparation for this fee application. C&T also advised and assisted the Trustee with respect to the possible retention of debtor's former tax accountant.

    (f)  <u>Fee/Employment Objections (Project Category 8)</u>

During the First Interim Period, C&T also advised and assisted the Trustee by reviewing the "final" fee applications filed by numerous Chapter 11 professionals, and by prosecuting objections to those fee applications to preserve the Trustee's rights to object to any final awards and/or to seek disgorgement from any applicant should future events indicate cause to do so.

    (g)  <u>Litigation Matters (Project Category 10)</u>

During the First Interim Period, C&T advised and assisted the Trustee and Special Counsel with respect to (i) sale proceed allocation issues with the estate of Tri-Valley, (ii) D&O issues, and (iii) claims against the Tri-Valley estate.

    (h)  <u>Relief From Stay Proceedings (Project Category 12)</u>

During the First Interim Period, C&T also advised and assisted the trustee in reviewing a motion for stay relief filed by a former Director of the debtor.

    (i)  <u>Tax Issues (Project Category 13)</u>

During the First Interim Period, C&T advised and assisted the Trustee by responding to tax issue inquiries posed by investors in the debtor.

  11.  C&T believes that the services rendered during the First Interim Period on behalf of the Trustee are reasonably worth the adjusted sum of $42,079.50, and C&T requests the allowance and payment of such sum. The blended hourly rate for all services rendered by C&T is $419.54.

**EXPENSES**

12. C&T further requests reimbursement of costs expended from the period March 25, 2013 through September 30, 2013, in connection with this Chapter 7 case in the sum of $309.46 (see Expense Summary). The expenses incurred by C&T include messenger service charges, PACER charges, Federal Express deliveries and receipts, and postage, all of which C&T normally bills to its non-bankruptcy clients. The rate C&T charges non-bankruptcy clients for photocopies is 25 cents per page. For purposes of this Application, photocopies are charged at 10 cents per page. Federal Express deliveries are billed at cost. There is no charge for facsimile transmissions.

**RELIEF REQUESTED**

WHEREFORE, C&T respectfully requests the entry of the proposed form of Order attached hereto awarding compensation to C&T in the adjusted amount $42,079.50 for actual reasonable and necessary professional services rendered and $309.46 in expenses incurred during the First Interim Period, and granting such other and further relief as may be just and proper.

Dated: October 23, 2013                           COOCH AND TAYLOR, P.A.

    /s/ Dale R. Dubé
Dale R. Dubé, Esquire (No. 2863)
The Brandywine Building
1000 West Street, 10th floor
Wilmington, DE 19801
Ph: (302) 984-3835
Fax: (302) 984-3939
Email: ddube@coochtaylor.com

Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee