# EXHIBIT A

# DISPUTED CLAIMS EXHIBIT

EXHIBIT "A"
FIRST OMNIBUS OBJECTION
DISPUTED CLAIMS EXHIBIT

| Name of Claimant | Claim Number | Debtor | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Luna & Glushon | 351* | TVC Opus I Drilling Program L.P. | $ 7,064,699.47 | Proof of claim filed against the wrong debtor. Proof of claim asserts the basis for a claim against a debtor other than TVC Opus I Drilling Program L.P. Claim is not listed in Opus Debtor's records |
| Petrawest Ltd. | 4 | TVC Opus I Drilling Program L.P. | $ 32,246,500.00 | Proof of claim filed against the wrong debtor. Proof of claim asserts the basis for a claim against a debtor other than TVC Opus I Drilling Program L.P. Claim is not listed in Opus Debtor's records. |
| Gerald T. Raydon | 5 | TVC Opus I Drilling Program L.P. | $ 45,833.26 | Proof of claim filed against the wrong debtor. Proof of claim asserts the basis for a claim against a debtor other than TVC Opus I Drilling Program L.P. Claim is not listed in Opus Debtor's records. |

* Claim number on the chapter 11 claims register that was maintained by Epiq Bankruptcy Solutions LLC.