Jeff Chalmers

Cx Chalmers (minor)

Partner of *The Chalmers Family LLC Partnership*

Post Office Box 158

Bristol, Maine 04539

207 563-6072

awayme@tidewater.net

August 15, 2014

United States Bankruptcy Court for the District of Delaware

824 North Market Street, 3rd Floor

Wilmington Delaware 19801

## Response to the Objection

**Court:** United States Bankruptcy Court for the District of Delaware

**Debtors:** TVC Opus I Drilling Program L.P. (12-12294 (MFW)

**Title of The Objection: Chapter 7 Trustee's Second Omnibus Objection (non-Substantive) to Certain Claims**

A – Opus Claims based on the ownership of an equity security interest (Claim #193)

**Claimant:** Cx Chalmers (minor) Partner of *The Chalmers Family LLC Partnership*

**Description of the basis for the amount and asserted priority of the claim:** This claim is unliquidated and is an equity interest with substantial damages and rescission rights - see the Concise Statement below for more details.

**Attachments this Claim:** Securities and Exchange Commission v. Behrooz Sarafraz, Civil Action No. 3:14CV-02252 (EDLx) (May 15, 2014)

**Prior Documentation for proof of Claim submitted to the court:**

Jeff Chalmers

- Schedule A for the Chalmers Family Limited Partnership
- Opus May Newsletter stating allegations of fraud and abuse of Tri-Valley's Fiduciary Duties to OPUS.
- SEC Notice of Lynn Blystone's Insider Trading and Confirmation of "Firesale" of Oil & Gas assets.

## Concise Statement

My claim is based on, without limitation, rescission of my Opus investment and related restitution, disgorgement and/or damages together with interest, costs and recovery of attorney fees based on the purchase and, or sale of an equity security where undeniable misrepresentations and fraud have occurred by either acts and, or omissions by Tri-Valley Corp and its affiliates and management of TVC OPUS I Drilling Program LP. This claim is unliquidated and remains subject to further investigations.

Please find attached hereto and made a part hereof the Securities and Exchange Commission v. Behrooz Sarafraz, Civil Action No. 3:14CV-02252 (EDLx) (May 15, 2014) where the SEC charges Behrooz Sarafraz for the unlawful selling of securities as the primary salesman on behalf of TVC Opus I Drilling Program LP and Tri-Valley Corporation, where he agrees to settle the SEC's charges by paying disgorgement of his unlawful commissions, prejudgment interest, and a penalty for a total of more than $22 million.

Between Opus' formation in 2002 and leading up to the Petition Date, Tri-Valley Corp, Tri-Valley Oil and GAS, and the Opus Debtors and the TVC Board and others authorized by them, injured the Partners of Opus.

The Bar Date Notice stated that any Claimant whose Claim is based on an interest in an equity security of the Debtors does not have to file a claim: provided, however, that any Claimant who wishes to assert a Claim against any of the Debtors based on, without limitation, Claims for damages or rescission based on the purchase or sale of an equity security, must file a Proof of Claim on or before the Bar Date.

Contact information:

Jeff Chalmers

page 2 of 3

~~Jeff Chalmers~~

PO Box 158

Bristol, Maine 04539

~~207 563-6072~~

Email address: awayme@tidewater.net

Thank you

*[signature]*

~~Jeff Chalmers~~


~~Copies to Special Counsel to Chapter 7 Trustee, Jeoffrey L. Burtch:~~

Mark E. Felger, Esq.
Keith L. Kleinman, Esq.
Cozen O'Connor
~~1201 North Market Street~~
Suite 1001
Wilmington, DE 19801



## U.S. SECURITIES AND EXCHANGE COMMISSION

Litigation Release No. 22993 / May 15, 2014

*Securities and Exchange Commission v. Behrooz Sarafraz*, Civil Action No. 3:14-CV-02252 (EDLx)(May 15, 2014)

### SEC Charges Unregistered Securities Salesman for Selling Millions of Dollars in Oil-And-Gas Investments

The Securities and Exchange Commission today charged a Tiburon, California based securities salesman who received over $16 million in sales commissions with failing to be associated with an SEC registered broker-dealer.

Behrooz Sarafraz has agreed to settle the SEC's charges by paying disgorgement of his commissions, prejudgment interest, and a penalty for a total of more than $22 million.

According to the SEC's complaint filed in federal court in San Francisco, Sarafraz acted as the primary salesman on behalf of TVC Opus I Drilling Program LP and Tri-Valley Corporation, which were based in Bakersfield, Calif. From February 2002 to April 2010, these companies raised more than $140 million for their oil-and-gas drilling venture. While Sarafraz was raising money for these entities, he was not associated with any broker-dealer registered with the SEC.

The SEC's complaint charges Sarafraz with violating Section 15(a) of the Securities Exchange Act of 1934, which requires securities salesmen to be associated with broker-dealers that are registered with the SEC.

According to the SEC's complaint, Sarafraz worked full-time locating investors for the Opus and Tri-Valley oil-and-gas ventures. He described the investment program to investors and recommended they purchase Opus partnership interests or securities of Tri-Valley and its affiliated entities. In return, Sarafraz received commissions that ranged from seven to 17 percent of the sales proceeds that he and members of a sales network generated. The SEC alleges that Opus and Tri-Valley paid Sarafraz approximately $18.3 million in sales commissions. He paid approximately $1.9 million to others as referral fees and kept the remaining $16.4 million for himself.

Sarafraz has agreed to settle the SEC's charges by consenting to entry of a final judgment ordering him to pay a total of $22,482,318.87 without admitting or denying the allegations. The sum consists of $16,406,459 in disgorgement, $6,075,859.87 in prejudgment interest, and a $50,000 penalty. The final judgment will also permanently enjoin him from violating

Section 15(a) of the Exchange Act. The settlement is subject to court approval.

The SEC's investigation was conducted by William Fiske and Marc Blau of the Los Angeles Regional Office.

➤ SEC Complaint

http://www.sec.gov/litigation/litreleases/2014/lr22993.htm

Home | Previous Page                    Modified: 05/15/2014