IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TVC OPUS I DRILLING PROGRAM L.P.,<br><br>Debtors. | Chapter 7<br><br>Case No. 12-12294 (MFW) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 17, 2014 AT 2:00 P.M.**

**THERE ARE NO MATTERS GOING FORWARD
HEARING HAS BEEN CANCELLED BY THE COURT**

CONTINUED MATTERS:

1. Chapter 7 Trustee's Second Omnibus Objection (Non-Substantive) to Certain Claims [D.I. 61, Filed 7/11/14]

   Objection Deadline: August 20, 2014

   Responses Received:

   A. Response of Diane E. Mayer [D.I. 66, Filed 8/18/14]

   B. Response of Marilyn Chalmers [D.I. 67, Filed 8/18/14]

   C. Response of Alys Pyun [D.I. 68, Filed 8/18/14]

   D. Response of Donna Chalmers [D.I. 69, Filed 8/18/14]

   E. Response of Marilyn Chalmers [D.I. 70, Filed 8/18/14]

   F. Response of Gardner Chalmers [D.I. 71, Filed 8/20/14]

   G. Response of Gardner Chalmers [D.I. 72, Filed 8/20/14]

   H. Response of Gardner Chalmers [D.I. 73, Filed 8/20/14]

   I. Response of Gardner Chalmers [D.I. 74, Filed 8/20/14]

   J. Response of Jeff Chalmers [D.I. 75, Filed 8/22/14]

   K. Response of CX Chalmers [D.I. 76, Filed 8/22/14]

L.  Response of Bx Chalmers [D.I. 77, Filed 8/22/14]

Related Pleadings:

M.  Notice of Submission of Copies of Proofs of Claim Contained Within Chapter 7 Trustee's Second Omnibus Objection (Non-Substantive) to Certain Claims [D.I. 64, Filed 8/13/14]

N.  Certification of Counsel Regarding Proposed Form of Order For Chapter 7 Trustee's Second Omnibus Objection (Non-Substantive) to Certain Claims [D.I. 80, Filed 8/25/14]

O.  Order Sustaining Chapter 7 Trustee's Second Omnibus Objection (Non-Substantive) to Certain Claims [D.I. 83, Filed 8/26/14]

Status: The hearing on objections to claims associated with the responses received are being adjourned until February 25, 2015 at 2:00 p.m. All other claim objections sustained per order entered by the Court.

Dated: Wilmington, Delaware
December 15, 2014

COZEN O'CONNOR

By: _____
Mark E. Felger (DE No. 3919)
Keith L. Kleinman (DE No. 5693)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
T: 302-295-2000 / F: 302-295-2013

*Special Counsel to Chapter 7 Trustee, Jeoffrey L. Burtch*