**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TVC OPUS I DRILLING PROGRAM L.P.,<br><br>Debtors. | Chapter 7<br><br>Case No. 12-12294 (MFW) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 15, 2015 AT 2:00 P.M.[1]**

MATTERS GOING FORWARD WITH CERTIFICATE OF NO OBJECTION

1. Fourth Interim Fee Application of Cozen O'Connor for Allowance of Compensation and Reimbursement of Expenses as Special Counsel to Jeoffrey L. Burtch, Chapter 7 trustee, for the Period October 1, 2014 through April 30, 2015 [D.I. 108, filed 5/13/15]

    Objection Deadline:  June 10, 2015

    Responses Received:  None

    Related Pleadings:

    A.  Certificate of No Objection [anticipate filing on June 12, 2015 at 4:00 p.m.]

    Status:  Going forward.

CONTINUED MATTERS

2. Chapter 7 Trustee's Second Omnibus Objection (Non-Substantive) to Certain Claims [D.I. 61, filed 7/11/14]

    Objection Deadline:  August 20, 2014

    Responses Received:

    A.   Response of Diane E. Mayer [D.I. 66, filed 8/18/14]

    B.   Response of Marilyn Chalmers [D.I. 67, filed 8/18/14]

    C.   Response of Alys Pyun [D.I. 68, filed 8/18/14]

    D.   Response of Donna Chalmers [D.I. 69, filed 8/18/14]

---

[1] This hearing has been rescheduled from June 17, 2015 at 2:00 p.m. at the request of the Court.

E.  Response of Marilyn Chalmers [D.I. 70, filed 8/18/14]

F.  Response of Gardner Chalmers [D.I. 71, filed 8/20/14]

G.  Response of Gardner Chalmers [D.I. 72, filed 8/20/14]

H.  Response of Gardner Chalmers [D.I. 73, filed 8/20/14]

I.  Response of Gardner Chalmers [D.I. 74, filed 8/20/14]

J.  Response of Jeff Chalmers [D.I. 75, filed 8/22/14]

K.  Response of CX Chalmers [D.I. 76, filed 8/22/14]

L.  Response of Bx Chalmers [D.I. 77, filed 8/22/14]

Related Pleadings:

M.  Notice of Submission of Copies of Proofs of Claim Contained Within Chapter 7 Trustee's Second Omnibus Objection (Non-Substantive) to Certain Claims [D.I. 64, filed 8/13/14]

N.  Certification of Counsel Regarding the Proposed Form of Order For Chapter 7 Trustee's Second Omnibus Objection (Non-Substantive) to Certain Claims [D.I. 80, filed 8/25/14]

O.  Order Sustaining Chapter 7 Trustee's Second Omnibus Objection (Non-Substantive) to Certain Claims [D.I. 83, filed 8/26/14]

Status: The hearing on objections to claims to which a response was received is being adjourned until October 28, 2015 at 2:00 p.m.

Dated: Wilmington, Delaware
June 12, 2015

COZEN O'CONNOR

By: */s/ Mark E. Felger*
Mark E. Felger (DE No. 3919)
Keith L. Kleinman (DE No. 5693)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
T: 302-295-2000 / F: 302-295-2013

*Special Counsel to Chapter 7 Trustee, Jeoffrey L. Burtch*