**Fill in this Information to identify the case:**

Debtor 1: TVC Opus1Drilling Program LP (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): N/A

United States Bankruptcy Court for the: District of Delaware

Case number: 12-12294 (MFW)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $14,555.91 |
| Claimant's Name: | Pioneer Funding Group, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 232 West 116th Street<br>Box 1735<br>New York, NY 10026<br>646-866-7996<br>ADAM@PFLLC.COM |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

Local Form 127

**4. Notice to United States Attorney**

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of Delaware
1313 N. Market Street
Wilmington, Delaware 19801

**5. Applicant Declaration**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C § 152.

Date: 11/21/24

Signature of Applicant: [signed]

Printed Name of Applicant: Adam Stein-Sapir

Address: 232 West 116th St, Box 1735, NY NY 10026

Telephone: 646-866-7996

Email: ADAM@PFLLC.COM

**5. Co-Applicant Declaration (if applicable)**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C § 152..

Date: ___

Signature of Co-Applicant (if applicable): ___

Printed Name of Co-Applicant (if applicable): N/A

Address: N/A

Telephone: ___

Email: ___

**6. Notarization**

STATE OF Virginia
COUNTY OF Fairfax

This Application for Unclaimed Funds, dated 11/21/2024 was subscribed and sworn to before me this 21st day of November, 2024 by

___
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public [signed Alberto Vergara IV]

My commission expires: 8/31/2026

ALBERTO VERGARA IV
Notary Public
Commonwealth of Virginia
Registration No. 8027352
My Commission Expires Aug 31, 2026

**6. Notarization**

STATE OF ___
COUNTY OF ___

This Application for Unclaimed Funds, dated ___ was subscribed and sworn to before me this ___ day of ___, 20___ by ___
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public___

My commission expires: ___

## Certificate of Service

In accordance with 28 U.S.C. 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

United States Attorney for the District of Delaware
1313 N. Market Street
Wilmington, DE 19801

Date: 11/21/24

DocuSigned by:
Adam Stein-Sapir
C652784787A8477...
Pioneer Funding Group, LLC

Certificate of Service for Application for Payment of Unclaimed Funds

**Explanation of Supporting Documentation of Application for Payment of Unclaimed Funds**

The 3001 transfer (Docket 431, 8/14/24) was filed by Claimant prior to the order directing payment of the funds to the court registry (Docket 434, 8/22/24).

Date: 11/21/24

DocuSigned by:

Adam Stein-Sapir — C652784787A8477...
Pioneer Funding Group, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Case No. 12-12294 (MFW) |
| TVC OPUS I DRILLING PROGRAM L.P., ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

### NOTICE OF HEARING

Pioneer Funding Group, LLC has filed a Motion for Release of Unclaimed Funds.

A hearing regarding this motion is scheduled for 12/18/2024 at 2:00PM:

United States Bankruptcy Court
824 Market Street, 5th Floor, Courtroom 4
Wilmington, DE 19801

Objections are due on or before 12/11/2024.

November 26, 2024

Adam D. Stein-Sapir – Member
Pioneer Funding Group, LLC
232 W. 116th St.
P.O. Box 1735
New York, NY 10026

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| TVC OPUS I DRILLING PROGRAM LP, | : Case No. 12-12294 (MFW) |
| | : |
| Debtor. | : |
| | : Related Docket No. 430 & 433 |
| | : |

## ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion in the amount of $211,509.61 representing payment of claims to creditors, to the Clerk, United States Bankruptcy Court for the District of Delaware.

Dated: August 22nd, 2024
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

| POC # | Check Amount | Check # | Creditor | Creditor Address | | | | |
|---|---|---|---|---|---|---|---|---|
| D211-4 | $260.94 | 10154 | ALBRITTON, ANN C | ALBRITTON REV TRUST | 2640 SEMORAN DR | PENSACOLA | FL | 32503- |
| D211-5 | $14,555.92 | 10607 | ALLIED FINANCIAL STRATEGIES | MARCEL MUELLER, DIRECTOR | ZOLLSTRASSE 16 POB 715 | SCHANN LIECHTENSTEIN 9494 LIECHT | | |
| D211-18 | $8,248.35 | 10189 | AUER, NICOLAS | SONNHALDE 11 | BADEN 5400 | SWITZERLAND | | |
| D211-19 | $8,248.35 | 10190 | AUER, TOBIAS | SONNHALDE 11 | BADEN 5400 | SWITZERLAND | | |
| D211-22 | $8,005.75 | 10600 | BAGHERIAN, MOTI | 888 BRANNAN ST | STE 275 | SAN FRANCISCO | CA | 94103-4929 |
| D211-35 | $784.08 | 10206 | BOPP, RONALD | 860 W 132 AVE # 370 | | WESTMINSTER | CO | 80234- |
| D211-38 | $122.51 | 10209 | BREEZY INVESTMENT GROUP | P.O. BOX 200 | | BLANDON | PA | 19510-0200 |
| D211-40 | $490.05 | 10211 | BROWN, DAWN | 12038 NE 68TH ST | | BONDURANT | LA | 50035- |
| 11-347 | $6,375.18 | 10176 | BSMC MONEY PURCHASE PENSION PLAN | AKERMAN SENTERFITT | 1 SE 3RD AVENUE, 25TH FL | MIAMI | FL | 33131- |
| D211-46 | $490.05 | 10583 | BYRNES, SARA | C/O POLYCOMP | 3000 LAVA RIDGE CT #130 | ROSEVILLE | CA | 95661- |
| D211-56 | $368.75 | 10227 | CLEVELAND, CLYDE | P.O. BOX 1309 | | FAIRFIELD | LA | 52556- |
| D211-59 | $735.07 | 10230 | COLEMAN, RYAN P | 11630 CHANTICLEER DR | | PENSACOLA | FL | 32507- |
| D211-67 | $23,046.86 | 10238 | CUTTER, JACK & MARCIA | 3318 PTARMIGAN DR | APT 3C | WALNUT CREEK | CA | 94595-3154 |
| D211-71 | $255.46 | 10242 | DANCER, DANIEL | P.O. BOX 693 | | MOSIER | OR | 97040- |
| D211-72 | $1,960.20 | 10243 | DAY, LAURIE | 7055 SE IVY LANE | APT 2 | PORTLAND | OR | 97225- |
| D211-73 | $1,401.86 | 10244 | DELIO, RAYMOND | 3473 NORTH MAIN AVE, SUITE 10 | | DURANGO | CO | 91301- |
| D211-81 | $104.21 | 10252 | DOUNG, LISA | 8417 DRAIS WAY | | ELK GROVE | CA | 95624- |
| D211-83 | $1,819.49 | 10606 | EBERHARD, PETER | B.O.X. 1206 | HOLZKIRCHEN HOLZKIRCHEN | 83602 GERMANY | | |
| D211-85 | $245.02 | 10256 | EDWARDS, CHUCK | 2001 W DRIFTWOOD ST | | WICHITA | KS | 67204-2417 |
| D211-88 | $245.02 | 10259 | ELLISON, ALFRED & BARBARA | 9325 BELLE RIDGE DR | | PENSACOLA | FL | 32526- |
| D211-94 | $242.60 | 10265 | EVANS, JEFF & KATHY | 26 SORRELL COURT | | NAPA | CA | 94558- |
| D211-95 | $980.10 | 10585 | EYERMAN, JAMES D | 2151 PACIFIC AVE | APT 1 | SAN FRANCISCO | CA | 94115- |
| D211-96 | $727.80 | 10267 | FAGAN, JAMES | 321 W DRY CREEK RD | | HEALDSBURG | CA | 95448-9730 |
| D211103 | $294.03 | 10274 | FOX, NOAH | 2474 RIO LINDO AVE | | HEALDSBURG | CA | 95448- |
| D211105 | $122.51 | 10276 | FRIEDLANDER, SAMUEL & FRANCES | 491 CRESTWOOD DR | APT 339 | CHARLOTTESVILLE | VA | 22903-4887 |
| D211109 | $245.02 | 10280 | GAUDETTE, MICHELLE | 4573 INDEPENDENCE AVE | | PENSACOLA | FL | 32505- |
| D211110 | $111.29 | 10281 | GEIGER, STEVE | 9166 COUNTY ROAD 141 | | HESPERUS | CO | 81326- |
| D211116 | $4,851.97 | 10287 | GRAY, JOHN | 75 AVON AVE | | MILL VALLEY | CA | 94941-1360 |
| D211123 | $428.79 | 10294 | HABER, MICHAEL J | 3259 QUEENS EAST ST | | EUGENE | OR | 97401- |
| D211137 | $245.02 | 10308 | HOLMAN, TERRI L | 3303 NW 15TH STREET | | ANKENY | IA | 50023- |
| D211140 | $122.51 | 10311 | HOLSINGER, WILLIAM & KATHRYN | 106 DOGWOOD DR | | WOODSTOCK | VA | 22664- |
| D211141 | $245.02 | 10312 | HOSSENLOPP, AMY M | 10 SIUCKLE CT | | IRMO | SC | 29063- |
| D211142 | $430.61 | 10588 | HOWARD, WAYNE C & CARLA B | 30 DUKE DRIVE | | RANCHO MIRAGE | CA | 92270-3648 |
| D211144 | $367.54 | 10315 | INVESTMENT NEXUS LLC | 297 KINGSBURY, STE D | BOX 4470 | LAKE TAHOE | NV | 89449-4470 |
| D211154 | $83.36 | 10325 | JONES, EDWARD C | 3116 KATHY LANE | | FT WORTH | TX | 76123- |
| D211155 | $83.36 | 10326 | JONES, GRACE G | 652 CORONA STREET | | DENVER | CO | 80218- |
| D211189 | $2.56 | 10360 | KENDRICK, NORMA | 33 FARRADAY LANE | | PALM COAST | FL | 32037- |
| D211200 | $24.50 | 10371 | LAUGHRIN, MAICHEL F | 11123 DONMAR | | NORTH ROYALTON | OH | 44133- |
| D211211 | $735.27 | 10382 | LIFE FOR THE WORLD MINISTRIES | C/O SEAN O/BRIAN | 1043 GRAND AVE, SUITE 210 | ST PAUL | MN | 55105- |
| D211213 | $370.52 | 10384 | LINCOLN, AUDREY L | 232 VINEYARD DR | | HEALDSBURG | CA | 95448- |
| D211214 | $6,101.35 | 10385 | LINDSEY, SL AND MARY | P.O. BOX 8 | | CEDAR CREST | NM | 87008- |
| D211215 | $546.17 | 10386 | LIPPOLD, RUTH | 10100 HILLVIEW DR, UNIT 2111 | | PENSACOLA | FL | 32514- |
| 11-162 | $637.52 | 10579 | LO, DENNIS | P.O. BOX 36 | | KOLOA | HI | 96756- |
| D211217 | $8,490.95 | 10388 | LODEN D JOHN & MARILYN D | 14 AVIARA CT | | NAPA | CA | 94558-1577 |
| D211222 | $485.20 | 10393 | MACWHINNIE, ANTHONY | 8008 S AIRPORT RD | | MILTON | FL | 32583- |
| D211229 | $366.32 | 10400 | MASSEY, BONNIE | 1523 WILLOWBROOK DR | | LONGMONT | CO | 80501- |
| D211252 | $245.02 | 10423 | MYERS, CHARLES & BARBARA | 9328 BELL RIDGE DR | | PENSACOLA | FL | 32526- |
| D211253 | $79.20 | 10424 | MYERS, SALLYE | 3503 SILVERGATE WAY | | PENSACOLA | FL | 32504- |
| D211254 | $1,472.57 | 10425 | MYSELF INC | 1312 WINCHESTER ST | | FREDERICKSBURG | VA | 22401- |
| D211256 | $618.89 | 10427 | NEWMARK, STEVEN | 429 JUPITER ROAD | | WEAVERVILLE | NC | 28787- |
| D211257 | $998.40 | 10428 | NGUYEN, HOANG | 14979 E ARCHER CIR | | AURORA | CO | 80012- |
| D211262 | $245.02 | 10433 | OTT, JEAN OR MARY ANN | 305 VINE ROAD | | WAUCOMA | IA | 52171- |
| D211263 | $367.54 | 10434 | OTT, JEFFREY | 5051 COACHLIGHT DR WEST | | DES MOINES | IA | 50265- |
| D211265 | $53,371.68 | 10605 | PAHLAVI, PRINCE CHAHRAM | C/O CLARIDEN BANNK | 49 ROUTE D'ARBOZ | GRIMISUAL 1971, SWITZERLAND | | |
| D211283 | $707.36 | 10454 | ROPP, BRANDON | 6944 W IDA PL # 1333 | | LITTLETON | CO | 80123 |
| D211284 | $12,129.93 | 10602 | RYBICKI, JAMES T | 761 NORTHWOOD BLVD | | INCLINE VILLAGE | NV | 89451- |
| D211287 | $8,369.65 | 10458 | SANDERS, DONALD V | 6526 LADA AVE | | CAMARILLO | CA | 93012-8138 |
| D211288 | $2,425.99 | 10459 | SANDERS, DONALD V & BEATRICE J | 6526 LADA AVE | | CAMARILLO | CA | 93012-8138 |
| D211289 | $490.05 | 10460 | SCHIFFER, LIZABETH | P.O. BOX 1885 | | KAPAA | HI | 96726- |
| D211292 | $122.51 | 10463 | SEHY, REBECCA | 2290 VAN BUREN | | EUGENE | OR | 97405- |
| D211295 | $242.60 | 10466 | SELF, MARVIN | 1312 WINCHESTER ST | | FREDERICKSBURG | VA | 22401- |
| D211298 | $1,225.12 | 10469 | SEYLER, TIMOTHY & LUCILLE | 204 BLUE MOUNTAIN RD | | SCHUYKILL HAVEN | PA | 17972- |
| D211306 | $980.10 | 10477 | SNIADO, JOHN E | 13 SAPPHIRE DR | | MONROE | NY | 10950- |
| D211307 | $490.05 | 10478 | SPAIN, BOB & HOLLY | 20158 ELGIN AVE | | DOS PALOS | CA | 93620- |
| D211311 | $23.03 | 10482 | STERLING, ANN | 11630 CHANTICLEER DR | | PENSACOLA | FL | 32507- |
| D211312 | $23.03 | 10483 | STERLING, TEX (HAROLD C) | 11630 CHANTICLEER DR | | PENSACOLA | FL | 32507- |
| D211318 | $606.50 | 10489 | TAPIA, JANIE | 127 PARK SOUTH DR | | KYLE | TX | 78640-9724 |
| D211319 | $245.02 | 10490 | TAYLOR, RODNEY | 46 FAISON ST | | PENSACOLA | FL | 3205 - |
| D211327 | $453.54 | 10498 | THUSS, ERIC | P.O. BOX 1791 | | MENDOCINO | CA | 94560- |
| D211328 | $90.97 | 10499 | TIEDE, CANDACE & TIEDE, MYRON D | 13310 HINAULT DR | | BAKERSFIELD | CA | 93314-6605 |
| D211329 | $245.02 | 10500 | TINKER, KRISTEN L | 209 LANIER DR SE | | ALBUQUERQUE | NM | 87123- |
| D211330 | $857.59 | 10501 | TINKER, STAN | 12412 CHELWOOD TRAIL NE | | ALBUQUERQUE | NM | 87112- |
| D211333 | $1,470.15 | 10504 | TORREBIARTE, CARLOS | 222 ANDREWS LANE | | CORRALES | NM | 87048- |
| D211339 | $490.05 | 10510 | VAN WAGENBURG, LAURA C | 2641 PERSA ST | | HOUSTON | TX | 77098- |
| D211344 | $245.02 | 10515 | VILLARREAL, MARIA DEL SOCORRO | 11630 CHTICLEER DR | | PENSACOLA | FL | 32507- |
| D211348 | $1,310.03 | 10519 | WALINSKY, DRS PETER & DENISE | 5311 LOS POBLANOS LN NW | | LOS RANCHOS | NM | 87107-5515 |
| D211351 | $55.44 | 10522 | WANSTRATH, DAN | 661 COUNTRY ROAD 206 | | DURANGO | CO | 81301- |
| D211353 | $14,555.91 | 10524 | WARBRITTON, MARTHA L & WARBRITTON, JOHN D | 172 ALICE LN | | ORINDA | CA | 94563-3601 |
| D211358 | $857.59 | 10529 | WHEELER, TIMOTHY (TRUST) | ATTN: JUDY HANDS | P.O. BOX 3092 | ALBUQUERQUE | NM | 97190- |
| D211359 | $294.03 | 10530 | WILHOIT, WILLIAM | 1711 E LAKEVIEW AVE | | PENSACOLA | FL | 32503-5775 |

$211,509.61    Total Turnover



**PIONEER**
Funding Group LLC

Post Office Box 1735
Morningside Station
New York, NY 10026

P: (646) 237-6969
F: (888) 907-3227

## CERTIFICATE OF LLC RESOLUTION

The undersigned members of Pioneer Funding Group, LLC, a Delaware LLC (the "LLC"), hereby certify that the following resolutions were adopted by said members of the LLC on November 25, 2024:

RESOLVED, that Adam Stein-Sapir and Daniel Plaxe are hereby authorized and directed for and on behalf of the LLC to execute all legal documents as approved by him as being in the best interests of the LLC and to take any and all further actions which may be necessary or appropriate to implement said action in such a manner as being, in his opinion, in the best interests of the LLC.

RESOLVED, that this action may be executed in counterparts and by facsimile signatures, each of which shall be deemed an original and all of which together shall constitute one action.

IN WITNESS HEREOF, the undersigned have executed this instrument as of November 25, 2024.

| Member Signatures | Notarization |
|---|---|
| *[signed]* Adam Stein-Sapir *[Notary seal: Griffin Neubauer, ID NUMBER 134571890, COMMISSION EXPIRES September 25, 2027]* | Subscribed and sworn to me this 25th November 2024<br>Notary Signature: *[signed]*<br>Notary Public, State of Texas     Denton County<br>My commission expires: 09/25/2027 |
| *[signed]* Daniel Bryan Plaxe<br>Daniel Plaxe | Subscribed and sworn to me this 25th November 2024<br>Notary Signature: Karen Nathaly Henriquez Reyes<br>My commission expires: 08/07/2028<br>*[Notary seal: Karen Nathaly Henriquez Reyes, ID NUMBER 135028556, COMMISSION EXPIRES August 7, 2028]*<br>Electronically signed and notarized online using the Proof platform. |

Electronically signed and notarized online using the Proof platform.
www.PioneerFundingLLC.com



## ASSIGNMENT OF CLAIM AGREEMENT

| Seller: | Buyer: | |
|---|---|---|
| Martha L & John D Warbritton<br>172 Alice Lane<br>Orinda, CA 94563-3601 | Pioneer Funding Group, LLC<br>232 W. 116th St., PO Box 1735<br>New York, NY 10026 | Claim ID Number: D211-353<br>**Purchase Price:** |

Assignment of Claim. Martha L & John D Warbritton ("Seller"), for good and valuable consideration, does hereby absolutely and unconditionally sell, assign and transfer to Pioneer Funding Group, LLC ("Buyer", and together with Seller, the "Parties"), all of Seller's rights, title, interests, claims and causes of action in, including amounts due and payable, and to Claim Number D211-353 (the "Claim") against TVC Opus I Drilling Program, L.P. (the "Debtor"), Debtor in Chapter 7 proceedings in the U.S. Bankruptcy Court for the District of Delaware (the "Court"), Case No. 12-12294 (the "Proceedings"). The Parties are aware the distribution ultimately received may differ from the Purchase Price paid herein and each has entered into this Agreement based on their own independent credit determination and due diligence without relying on any representations from the other Party. Buyer agrees to pay the Purchase Price to Seller within two days of executing this Assignment of Claim Agreement ("Agreement").

Representations; Warranties and Covenants. Seller represents and warrants that (a) this Agreement has been duly authorized, executed and delivered by the Seller and Seller has the requisite power and authority to execute, deliver and perform this Agreement; (b) this Agreement constitutes the valid, legal and binding agreement of Seller; (c) Seller has not previously sold, assigned, transferred, voluntarily discharged, or pledged the Claim to any third party; and (d) Seller is the sole owner and has good title to the Claim. The Parties agree that (i) the representations, warranties and covenants shall survive the closing and (ii) that the Purchase Price received herein may differ both in kind and amount from any distributions ultimately made.

Rule 3001 Notice and Waiver. Seller authorizes Buyer to file an evidence of transfer pursuant to Rule 3001 with the Court as evidence of the assignment of Claim. Seller hereby acknowledges and consents to all of the terms set forth in this Agreement and hereby waives (a) its right to raise any objections hereto and (b) its right to receive notice pursuant to Rule 3001 of the Rules of Bankruptcy Procedure.

Seller Further Cooperation. Seller agrees to take such further action as may be necessary to effect the transfer of the Claim and to direct any payments or distributions to Buyer. In the event Seller receives any payments or distributions with respect to the Claim after the date hereof, Seller agrees to promptly deliver same to Buyer in the same form received, together with any endorsements or documents necessary to transfer such property to Buyer.

Limited Power of Attorney. Seller hereby irrevocably appoints Buyer as its true and lawful attorney with respect to actions relating to the Claim and authorizes Buyer to act in Seller's name to demand, sue for, compromise and recover all such amounts which now are, or may hereafter become due and payable for, or on account of the Claim. Seller grants unto Buyer full authority to do all things necessary to enforce the Claim and Buyer's rights thereunder pursuant to this Agreement.

Governing Law, Personal Jurisdiction. This Agreement shall be construed and the obligations of the Parties hereunder shall be determined in accordance with the laws of the State of New York without reference to any conflicts of law provisions. Any action arising under or relating to this Agreement must be brought in a State or Federal court located in New York County in the State of New York.

Miscellaneous. Each party expressly acknowledges and agrees that it is not relying upon any representations, promises, or statements, except to the extent that the same are expressly set forth in this Agreement. This Agreement (a) may not be modified, waived, changed or discharged, in whole or in part, except by an agreement in writing signed by the Parties; (b) constitutes the entire agreement and understanding between the Parties hereto with respect to the subject matter hereof; (c) supersedes all prior agreements, understandings and representations pertaining to the subject matter hereof, whether oral or written; (d) may be assigned at any time by Buyer; and (e) shall be kept strictly confidential and not shared with any other party. This Agreement may be executed in counterparts each of which shall be deemed an original and all of which taken together shall be deemed to constitute a single agreement. This Agreement shall become effective and valid when (a) Seller executes this Agreement and it is received by Buyer, (b) the Agreement is executed by a proper representative of Buyer, and (c) Buyer remits the Purchase Price to Seller.

IN WITNESS WHEREOF, this Assignment of Claim Agreement is executed on: 8/14/2024

| **Martha L & John D Warbritton ("Seller")** | **Pioneer Funding Group, LLC ("Buyer")** |
|---|---|
| By _____ /s/ John Warbritton _____<br>Signature | _____ /s/ Adam S-S _____<br>Signature |
| John Warbritton<br>Print Name and Title | Adam D. Stein-Sapir – Managing Member<br>Print Name and Title |

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| TVC OPUS I DRILLING PROGRAM L.P., | : | Case No. 12-12294 (MFW) |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice of the transfer of the claim referenced in this evidence and notice.

| | |
|---|---|
| Pioneer Funding Group, LLC | Warbritton, Martha L. and John D. |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Claim Number: ___D211-353___ |
| | Amount of Claim: ___$570,803.61___ |
| | Date Claim Filed: ___n/a___ |

Pioneer Funding Group, LLC
232 W. 116th St.
Box 1735
New York, NY 10026

Warbritton, Martha L. and John D.
172 Alice Ln.
Orinda, CA 94563-3601

Phone: (646) 237-6969     Phone: n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Adam D. Stein-Sapir          Date:       08/14/2024
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court ("Court")
            District of Delaware
            Attn: Court Clerk

AND TO:    TVC Opus I Drilling Program, L.P. (Case No. 12-12294)

Claim # D211-353

Martha L & John D Warbritton ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Pioneer Funding Group, LLC
232 W. 116th St.
P.O. Box 1735
New York, NY 10026

its successors, assigns or designees ("Assignee"), pursuant to the terms of an Assignment of Claim Agreement between Assignor and Assignee, all of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with, Claim Number D211-353 (the "Claim") against TVC Opus I Drilling Program, L.P. (the "Debtor"), Debtor in Chapter 7 proceedings in the United States Bankruptcy Court for the District of Delaware (the "Court"), Case No. 12-12294.

The Debtor, Court, claims agent and all other interested parties are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claim and recognizing the Assignee as the sole owner and holder of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on: 8/14/2024

| MARTHA L & JOHN D WARBRITTON | PIONEER FUNDING GROUP, LLC |
|---|---|
| *DocuSigned by:* John Warbritton<br>C3FA9D640D6B431... | *DocuSigned by:* Adam S-S<br>C652784787A8477... |
| (Signature) | (Signature) |
| John Warbritton | Adam D. Stein-Sapir |
| (Print Name) | (Print Name) |
| | Managing Member |
| (Title) | (Title) |

# REQUEST FOR PAYEE INFORMATION AND TIN CERTIFICATION

Refer to the instructions page for further information on completing this form. Vendors providing goods and services must use the AO 213 form.
Note: Typed forms and forms that include a populated Type of Payee may result in more efficient and precise processing. **For handwritten forms, please see the General Instructions for the list of options for the Type of Payee, Refund recipient only. Is the refund over $200?, and Part 4 - U.S. Tax Classification, and Part 6 - Account Type drop down menus.

**Type of Payee:** Unclaimed Fund Claimant  
Refund recipient only. Is the refund over $200? **Yes**

## Part 1 Payee Information
Line 1. Payee Name: **Pioneer Funding Group LLC**  
Line 2. Additional payee information: (if applicable)

## Part 2 Business Name (if different from above)

## Part 3 Enter *only one* TIN in the appropriate box. The TIN provided must match the name given in Part 1, Line 1.
EIN: [REDACTED]  or  SSN:

## Part 4 **Select the appropriate U.S. tax classification for person or entity listed in Part 1, Line 1.
LLC - Partnership

## Part 5 Mailing Address (where payments, orders, and IRS 1099 forms, as applicable, will be sent)
Street Address: 232 West 116th, Unit 1735  
City: New York  State: NY  Zip code: 10026  

Point of Contact (if different from above):  
Name: Adam Stein Sapir  Phone #: (646) 866-7996  
Email: ADAM@PFLLC.COM  

## Part 6 Electronic Funds Transfer (EFT) Information
Owner(s) name appearing on bank account: Pioneer Funding Group LLC  
Bank Name: [REDACTED]  
Select an Account Type: [REDACTED]  Routing # (9 digits): [REDACTED]  
Account number (do not include check number): [REDACTED]

## Part 7 Additional Payees' Signatures
*(if applicable for EFT payments)*  
By signing as a joint payee, you are authorizing the Judiciary to make a payment on your behalf to the bank account entered in Part 6.  
Joint Payee(s) Signature(s):

## Part 8 Certification of Account Holder
Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number; and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest and dividends, or IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined in the instructions).

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Payee Signature: /s/  Date: 09/10/2024

*Sensitive information must be securely maintained and only visible to designated staff.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter: 7 |
| TVC Opus I Drilling Program, LP | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | Case No: 12-12294 |

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On _____, an application was filed for the Claimant(s),

Pioneer Funding Group, LLC

for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ 14,555.91 held in unclaimed funds be made payable to
Pioneer Funding Group, LLC

and be disbursed to the payee at the following address:

232 West 116th Street
Box 1735
New York, NY 10026

The Clerk will disburse these funds not earlier than 14 days after entry of this order.