IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In Re: | ) | Chapter: |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | Case No: |

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On_____, an application was filed for the Claimant(s), _____

for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $_____ held in unclaimed funds be made payable to _____

and be disbursed to the payee at the following address:

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

**Dated: November 26th, 2024**  
**Wilmington, Delaware**

**MARY F. WALRATH**  
**UNITED STATES BANKRUPTCY JUDGE**